EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
AMY HADDIX
Deputy Attorney General
State Bar No. 183944
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5893
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID COOPER,** | C-08-2335 JF |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 9, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days after receiving the answer.

Dated: 9/9/08

_____
JEREMY FOGEL
United States District Judge

ORDER - C-08-2335 JF

1